## John O'Donnell and N. Carvell, copartners, Defendants in Error, v. O. P. Curran, Plaintiff in Error.

### Gen. No. 21,779.   (Not to be reported in full.)

Error to the Municipal Court of Chicago; the Hon. CHARLES A. WILLIAMS, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1915. Affirmed. Opinion filed April 3, 1918.

### Statement of the Case.

Action in debt by John O'Donnell and N. Carvell, copartners, plaintiffs, against O. P. Curran, defendant, to recover the sum of $300 on a stay of execution bond. From a judgment for plaintiffs for $300 debt and for $142.50 damages and costs, and ordering that, upon payment of the damages and costs, with interest thereon, the debt be discharged, defendant brings error.

BECKMAN, COTTRELL & PHILLIPS, for plaintiff in error.

No appearance for defendants in error.

MR. JUSTICE THOMSON delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 1674*—*when error in striking affidavit of merits from files waived.* Whatever right a defendant may have

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

to question the ruling of the trial court that an affidavit of merits be stricken from the files is waived by the filing of an amended affidavit of merits.

2. APPEAL AND ERROR, § 801*—*what must be preserved in bill of exceptions.* The ruling of a trial court striking an amended affidavit of merits from the files cannot be reviewed unless the pleading and the ruling are preserved in a bill of exceptions.

3. MUNICIPAL COURT OF CHICAGO, § 13*—*non-necessity of formal written pleadings in action of fourth class.* No formal written pleadings are required in an action of the fourth class in the Municipal Court of Chicago.

4. MUNICIPAL COURT OF CHICAGO, § 13*—*when statement of claim is sufficient in action of fourth class.* A statement of claim, in an action of the fourth class in the Municipal Court of Chicago, though technically defective, which advises the defendant of the plaintiff's demand, as required by the Municipal Court Act, sec. 40 (J. & A. ¶ 3352), is sufficient when questioned for the first time in a court of review.

